PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF NEVADA

United States of America

v.                                                                                   Crim No. 2:23CR00144

Isaac Alejos

On January 9, 2023 the above named was placed on supervised release for a period of three years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. Additionally, the United States Attorney's Office has no opposition to Alejos' early termination. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

*Briana Casey*
Digitally signed by Briana Casey
Date: 2025.05.15 09:37:00 -07'00'

Briana Casey
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case are terminated.

Dated: May 16, 2025

Cristina D. Silva
United States District Judge